1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   JOSAFAT OROZCO LAZARO
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 09-CR-142-JAM
                                  )
11              Plaintiff,        ) STIPULATION AND TO CONTINUE
                                  ) STATUS HEARING TO AUGUST 25,
12     v.                         ) 2009, AT 9:30 A.M.
                                  )
13 JOSAFAT OROZCO LAZARO,         ) Date:  July 28, 2009
                                  ) Time:  9:30 a.m.
14              Defendant.        ) Judge: Hon. John A. Mendez
   _____)
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Lazaro, that the Court should vacate the status

19 hearing scheduled for July 28, 2009, at 9:30 a.m., and reset it for

20 August 25, 2009, at 9:30 a.m.

21      Counsel for Mr. Lazaro has not received the results of the

22 presentence investigation before conviction or guilty plea.  Counsel

23 for Mr. Lazaro requires the results in order to consult with Mr. Lazaro

24 and to initiate meaningful plea negotiations.

25      It is further stipulated between the parties that the Court should

26 exclude the period from the date of this order through August 25, 2009,

27

28 STIPULATION AND [PROPOSED ORDER]          1                  09-CR-142-JAM

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Lazaro's request for a continuance outweigh the best interest of the public and Mr. Lazaro in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 20, 2009                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant


Dated: July 20, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ M.Petrik for Michael D. Anderson
                                            (consent via email)
                                        _____
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court further orders time excluded from the date of this order through the status conference on August 25, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: July 20, 2009                    /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                            09-CR-142-JAM